01
02
03
04
05

06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08 | BRENDA LEE HANIF,                      )
                                            )   CASE NO. C13-0997-RSM-MAT
09 |     Plaintiff,                         )
                                            )
10 |     v.                                 )   ORDER GRANTING EXTENSION OF
                                            )   TIME OF BRIEFING SCHEDULE
11 | CAROLYN W. COLVIN,                     )
   | Acting Commissioner of Social Security,)
12 |                                        )
   |     Defendant.                         )
13 | _____)

14      Plaintiff filed the parties' first unopposed motion for extension of time (Dkt. 17),

15 requesting a 30 day extension of the due date in which to file her Opening Brief. The Court

16 hereby GRANTS the extension of the briefing schedule as requested, with the exception of the

17 date requested for the optional Reply Brief. That deadline is set for 14 days after the due date

18 of defendant's Responsive Brief. The new deadlines are as follows:

19      Plaintiff's Opening Brief:          October 23, 2013

20      Defendant's Responsive Brief:       November 20, 2013

21      Plaintiff's optional Reply Brief:   December 4, 2013

22

ORDER GRANTING EXTENSION
OF TIME OF BRIEFING SCHEDULE
PAGE -1

DATED this 10th day of September, 2013.

*[signature]*

Mary Alice Theiler
Chief United States Magistrate Judge

ORDER GRANTING EXTENSION
OF TIME OF BRIEFING SCHEDULE
PAGE -2