UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRENDA LEE HANIF, ) | |
| ) | CASE NO. C13-0997-RSM-MAT |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING EXTENSION OF |
| ) | TIME OF BRIEFING SCHEDULE |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff filed the parties' first unopposed motion for extension of time (Dkt. 17), requesting a 30 day extension of the due date in which to file her Opening Brief. The Court hereby GRANTS the extension of the briefing schedule as requested, with the exception of the date requested for the optional Reply Brief. That deadline is set for 14 days after the due date of defendant's Responsive Brief. The new deadlines are as follows:

    Plaintiff's Opening Brief:        October 23, 2013

    Defendant's Responsive Brief:    November 20, 2013

    Plaintiff's optional Reply Brief:    December 4, 2013

ORDER GRANTING EXTENSION
OF TIME OF BRIEFING SCHEDULE
PAGE -1

01      DATED this 10th day of September, 2013.

02

03

04                                        Mary Alice Theiler
                                          Chief United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING EXTENSION
OF TIME OF BRIEFING SCHEDULE
PAGE -2