01

02

03

04

05                    UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
06                            AT SEATTLE

07   BRENDA HANIF,                        )
                                          )   CASE NO. C13-0997-RSM
08          Plaintiff,                    )
                                          )
09          v.                            )   ORDER AFFIRMING
                                          )   COMMISSIONER
10   CAROLYN W. COLVIN, Acting            )
     Commissioner of Social Security,     )
11                                        )
            Defendant.                    )
12   _____ )

13        The Court has reviewed the entire record, including the Administrative Record, the

14   memoranda of the parties, and the Report and Recommendation of United States Magistrate

15   Judge Mary Alice Theiler.   It is therefore ORDERED:

16        (1)     The Court adopts the Report and Recommendation;

17        (2)     The Court AFFIRMS the decision of the Commissioner; and

18        (3)     The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

19        DATED this 18th day of April 2014.

20

21                                          _____
                                            RICARDO S. MARTINEZ
22                                          UNITED STATES DISTRICT JUDGE

ORDER AFFIRMING COMMISSIONER
PAGE -1